```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  COLLEEN MARTIN
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant McBRIDE
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR 99-40229 CW [LB] |
| 12 | Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| 13 | vs. ) | |
| 14 | ELBERT McBRIDE, ) | Date: April 18, 2011 |
| | ) | Time: 9:30 a.m. |
| 15 | Defendant. ) | Courtroom: No. 3 |
| 16 | _____) | |

This matter is set before the Honorable Laurel Beeler for a status conference on April 18, 2011. Mr. McBride is on supervised release. There is no Form 12 pending, and a status is set to provide oversight and an opportunity for the parties to report on Mr. McBride's progress on supervised release.

The parties jointly ask that the status conference set for April 18, 2011 be vacated and reset to April 13, 2011 at 9:30 a.m.. The reason for this request is that counsel for Mr. McBride will be unavailable on April 18, 2011. Counsel for Mr. McBride has spoken with United States Probation Officer Alexandre Bonneville, who has no objection to the request.

//

*U.S. v. McBride,* CR 99-229 CW
Stipulation                              1

| | | |
|---|---|---|
| DATED: | March 28, 2011 | /S/<br>GARTH HIRE<br>Assistant United States Attorney |
| DATED: | March 28, 2011 | /S/<br>COLLEEN MARTIN<br>Assistant Federal Public Defender |

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the STATUS CONFERENCE currently set for April 18, 2011 at 9:30 a.m. is VACATED and RESET to April 13, 2011 at 9:30 a.m.

SO ORDERED.

DATED: March 29, 2011

LAUREL BEELER
United States MagistrateJudge

*U.S. v. McBride,* CR 99-229 CW
Stipulation                     2